**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| LARRY FISHER, and R & K EXTERIORS, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 1:25-cv-00006 |
| MEIJER, INC., TREVOR LEONARD, ) CITY OF FT. WAYNE INDIANA, ) OFFICER ZIMMERMAN, ) ) | |
| Defendants. ) | |

**PETITION FOR REMOVAL**

TO THE JUDGES FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA:

The Petition of the undersigned Petitioners/Defendants respectfully shows:

1.      On December 12, 2024, Plaintiff, Larry Fisher and R & K Exteriors, LLC, commenced a cause of action against Defendants, Meijer, Inc., Trevor Leonard, City of Ft. Wayne Indiana, Officer Zimmerman, before the Superior Court of Marion County, Indiana entitled *Larry Fisher and R & K Exteriors, LLC v. Meijer, Inc., Trevor Leonard, City of Ft. Wayne Indiana, Officer Zimmerman,* Cause No. 49D02-2412-MI-056319. According to the Chronological Case Summary maintained by the Clerk of the Marion Superior Court, the original Summons and Complaint were issued by the Marion Superior Court on December 13, 2024. Defendants, City of Fort Wayne, and Officer Zimmerman received a copy of the Summons and Complaint on December 20, 2024. On January 10, 2025, Defendants, City of Fort Wayne, and Officer Zimmerman, appeared in the State Court action by counsel.  A copy of the Summons, Complaint, Appearances, and Chronological Case Summary are attached hereto and are identified as Exhibit 1.

2.      The State Court Complaint includes a federal question consisting of a Fourth and Fourteenth Amendment claims of unlawful arrest through 42 U.S.C. § 1983. As a result, the above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §

1331 and is one which may be removed to this Court by the Petitioners/Defendants herein pursuant to the provisions of 28 U.S.C. § 1441(c), in that it is a civil action arising under the Constitution, laws, or treaties of the United States.

3.      Venue is proper in the Northern District of Indiana, Fort Wayne Division pursuant to 42 U.S.C § 1391(2) in that all events giving rise to the claim occurred in Allen County, Indiana.  More specifically, at the Meijer Grocery Store located at 5509 Illinois Rd., Fort Wayne, Indiana 46804.  Further, Defendants, City of Fort Wayne and Officer Zimmerman reside in Allen County, Indiana.

3.      Upon filing this Petition, Petitioners/Defendants have paid the required filing fee of $405.00.

4.      Pursuant to 28 U.S.C. § 1441, the above-described action has been removed to the proper district court of the United States and division embracing the place where such action is pending.

5.      This Notice of Removal is timely in accordance with 28 U.S.C. § 1446.

6.      After filing this Notice of Removal, Petitioners/Defendants, will promptly serve written notice of this Notice of Removal on counsel for all parties and file the same with the Clerk of the Marion Superior Court in accordance with 28 U.S.C. § 1446(d).

8.      By removing this action from the Marion Superior Court, Petitioners/Defendants do not waive any defenses available.

9.      By removing this action from the Marion Superior Court, Petitioners/Defendants, do not admit any of the allegations in Plaintiff Larry Fisher and R & K Exteriors, LLC's Complaint.

WHEREFORE, Petitioners/Defendants, City of Fort Wayne, and Officer Zimmerman, by counsel, pray that the above action now pending against it in the Marion Superior Court be removed therefrom to this Court.

Respectfully submitted,

**ROTHBERG LOGAN & WARSCO LLP**


*/s/Rachel J. Guin*
Rachel J. Guin, Atty. No. 31722-02
505 East Washington Boulevard
Fort Wayne, IN 46802
Telephone: (260) 422-9454
Facsimile: (260) 422-1622
rguin@rothberg.com
Attorney for Defendants, City of Fort Wayne and
Officer Zimmerman


## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 10, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System and served all attorneys of record through the CM/ECF system.

I hereby certify that a true and correct copy of the foregoing document was deposited in the U.S. Mail, First Class, postage pre-paid on January 10, 2025, addressed to:

Mark R. Waterfill
2230 Stafford, Ste. 115, PMB 379
Plainfield, IN 46168
mark@waterfilllaw.com

Meijer, Inc.
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

Trevor Leonard
11631 Westwind Dr.
Fort Wayne, IN 46845-1333

Pamela A. Paige
Plunkett Cooney, P.C.
300 N. Meridian Street, Suite 1250
Indianapolis, IN 46204
ppaige@plunkettcooney.com
*Counsel for Meijer, Inc. and Trevor Leonard*


*/s/Rachel J. Guin*
Rachel J. Guin