# EXHIBIT 1

49D02-2412-MI-056319

Filed: 12/12/2024 3:23 PM
Clerk
Marion County, Indiana

USDC IN/ND case 1:25-cv-00006-HAB-SLC document 1-2 filed 01/10/25 page 2 of 19

Marion Superior Court 2

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE MARION SUPERIOR COURT** |
| | )SS: | |
| **COUNTY OF MARION** | ) | **CAUSE NO.** |

| | |
|---|---|
| **LARRY FISHER, and** | ) |
| **R & K EXTERIORS, LLC** | ) |
| | |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **MEIJER, INC., TREVOR LEONARD** | ) |
| **CITY OF FT. WAYNE INDIANA** | ) |
| **OFFICER ZIMMERMAN** | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT AND JURY DEMAND

Plaintiffs, Larry Fisher and R & K Exteriors, LLC hereby bring their Complaint and Jury Demand against Defendants, Meijer, Inc., Trevor Leonard, City of Ft. Wayne, Indiana, and Officer Zimmerman and in support thereof states:

1. Plaintiff, Fisher was a customer of Meijer and currently resides in Marion County, Indiana. Prior to the events alleged in this Complaint, Plaintiff, Fisher owned a successful guttering business, employed 6 persons and held contracts worth hundreds of thousands of dollars through an entity named R & K Exteriors, LLC, which Plaintiff owned 100%. To the extent that any property claim is asserted herein, that claim is asserted by both Plaintiff, Fisher and Plaintiff, R & K Exteriors, LLC.

2. Defendant Trevor Leonard (hereinafter "Leonard") is an individual who, upon information and belief, resides in Allen County Indiana, and was acting as a security guard at Meijer, Inc. at the time of the events alleged herein.

3.      Defendant Meijer, Inc. (hereinafter "Meijer") is a corporation authorized to do business in Indiana, with its principal place of business located at 2929 Walker Ave. NW, Grand Rapids, MI, 49544, and operates a retail store at 5909 Illinois Rd. Ft. Wayne, Indiana 46804.

4.      Defendant City of Fort Wayne, Indiana (hereinafter "Fort Wayne") is a municipal corporation organized under the laws of the State of Indiana.

5.      Defendant Officer Zimmerman is an individual, acting under the color of state Law, who was at all relevant times, employed by the City of Ft. Wayne, Indiana.

6.      On June 26, 2023, Plaintiff, Fisher was shopping at Meijer, located at 5909 Illinois Rd. Ft. Wayne, Indiana 46804.

7.      Defendant Leonard, a security guard employed by Meijer falsely accused Plaintiff, Fisher of shoplifting.

8.      In response, Plaintiff, Fisher showed Leonard a valid receipt for all items purchased at the store.

9.      Despite Plaintiff, Fisher's presentation of the receipt, Leonard continued to falsely claim that Plaintiff, Fisher was trespassing and loitering on the premises.

10.     Leonard then called the Fort Wayne Police Department, falsely reporting that Plaintiff, Fisher was committing crimes on the premises.

11.     The police arrived, and Plaintiff, Fisher was detained based on Leonard's false allegations. Incredibly, after Plaintiff, Fisher was in handcuffs, Leonard took the items Plaintiff, Fisher had purchased and gave Plaintiff, Fisher a refund. Leonard also changed his claim that Plaintiff, Fisher trespassed to a claim that somehow Plaintiff, Fisher had committed conversion, even though Plaintiff, Fisher possessed a receipt and had paid for

2

the items.

12.     Plaintiff, Fisher was subsequently arrested and spent seven (7) weeks in jail due to the false reporting and false accusations made by Leonard.

13.     During this time, Defendant Meijer unlawfully took possession of Plaintiffs' truck and tools and had them illegally towed from the store. Plaintiffs were unable to recover their truck and its contents. Plaintiff, Fisher was not involved in any criminal activity. The arrest was made without probable cause, based solely on Defendant Leonard's obviously false statements.

14.     As a result of the wrongful acts of the Defendants, Plaintiffs suffered significant emotional distress, loss of personal property, damage to his reputation, wrongful imprisonment, and financial losses. The actions of Defendants destroyed Plaintiff, Fisher's business, R & K Exteriors, LLC causing Plaintiff, Fisher to terminate the employment of six persons, and resulted in the loss of hundreds of thousands of dollars in contracts Plaintiffs had in hand, as well as future economic losses in the millions of dollars.

**COUNT I: Defamation and False Reporting**

15.     Plaintiff, Fisher incorporates by reference all preceding paragraphs as though fully set forth herein.

16.     Defendant Leonard made false and defamatory statements about Plaintiff, Fisher by accusing him of shoplifting, trespassing, and loitering, knowing such statements to be untrue.

17.     As a result, Plaintiff, Fisher has suffered harm to his reputation, emotional distress, and financial losses.

18. Defendant Meijer is liable for defamation and false reporting under the doctrine of respondeat superior because Leonard was acting within the scope of his employment during the events in question.

**COUNT II: False Imprisonment**

19. Plaintiff, Fisher incorporates by reference all preceding paragraphs as though fully set forth herein.

20. Defendant Leonard's actions in falsely accusing Plaintiff, Fisher and contacting The police led to Plaintiff, Fisher's wrongful detention and imprisonment.

21. Defendant City of Fort Wayne, through its police officers, is liable for false imprisonment as they acted upon the false report without probable cause or reasonable belief that Plaintiff, Fisher had committed any crime.

22. As a result of the false imprisonment, Plaintiff, Fisher suffered emotional distress, physical confinement, and loss of liberty.

**COUNT III: Conversion and Theft (Meijer, Inc.)**

23. Plaintiffs incorporate by reference all preceding paragraphs as though fully set forth herein.

24. Meijer is liable for the conversion of Plaintiffs' property (truck and contents) by towing and withholding the property without Plaintiffs' consent and failing to allow Plaintiffs to recover them.

25. Meijer's actions constitute theft and wrongful possession of Plaintiffs' property, and Plaintiffs have suffered damages as a result.

**COUNT IV: Treble Damages and Attorney Fees Under Indiana Crime Victim's Act**

26. Plaintiffs incorporate by reference all preceding paragraphs as though

fully set forth herein.

27.     Pursuant to the Indiana Crime Victim's Act, Indiana Code § 34-24-3-1, Plaintiffs are entitled to treble damages and attorney fees because Defendants' actions were willful, malicious, and unlawful, and resulted in harm to Plaintiffs.

**COUNT V: Negligence (Leonard and Meijer)**

28.     Plaintiffs incorporate by reference all preceding paragraphs as though fully set forth herein.

29.     Defendants Leonard and Meijer had a duty of care to refrain from making false Accusations against customers, such as Plaintiff, Fisher.

30.     Defendants Leonard and Meijer breached that duty of care by making false Statements about Plaintiff, Fisher to the Ft. Wayne police, which resulted in the arrest and imprisonment of Plaintiff, Fisher.

31.     Meijer negligently failed to train and supervise Leonard.

32.     Meijer is also liable for the negligence of Leonard pursuant to the doctrine of respondeat superior.

33.     Meijer is also negligent in taking Plaintiffs' truck and tools, which resulted in substantial property loss and damages.

34.     As a result of Defendants' negligence, Plaintiffs have suffered substantial damages, including but not limited to emotional distress, loss of liberty, loss of property, and other substantial damages.

**COUNT V: Violation of 42 U.S.C. § 1983 - False Imprisonment**

35.     Plaintiff, Fisher incorporates by reference all preceding paragraphs as though fully set forth herein.

5

36.     The actions of Defendant City of Fort Wayne and its officers, specifically Officer Zimmerman in arresting and detaining Plaintiff, Fisher based on false information and Without probable cause, constitute a violation of Plaintiff, Fisher's constitutional rights under the Fourth and Fourteenth Amendments of the U.S. Constitution.

37.     As a result, Plaintiff, Fisher is entitled to damages under 42 U.S.C. § 1983.

**COUNT VI: Negligence (City of Ft. Wayne and Officer Zimmerman)**

38.     Plaintiff, Fisher incorporates by reference all preceding paragraphs as though fully set forth herein.

39.     Defendants the City of Ft. Wayne and Officer Zimmerman have a duty of care to the general public to refrain from arresting persons without probable cause.

40.     Defendants violated that duty of care by arresting Plaintiff, Fisher and then imprisoning him for seven weeks for no proper reason.

41.     Defendant the City of Ft. Wayne failed to properly train and supervise Officer Zimmerman.

42.     Defendant City of Ft. Wayne is liable for the actions of Officer Zimmerman pursuant to the doctrine of respondeat superior.

WHEREFORE, Plaintiffs, Larry Fisher and R & K Exteriors, LLC, respectfully requests that this Court:

A. Award Plaintiffs compensatory damages for the harm caused by Defendants' actions, including damages for emotional distress, loss of reputation, and lost property;
B. Award Plaintiffs treble damages and attorney fees pursuant to the Indiana Crime Victim's Act;
C. Order Defendants to pay for Plaintiffs' legal costs and expenses;
D. Award Plaintiffs punitive damages for Defendants' willful, malicious, and unlawful conduct;
E. Grant any other relief the Court deems just and proper.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
6425 E. Co. Rd. 600 S.
Plainfield IN 46168
(317) 501-6060
mark@waterfilllaw.com

7

STATE OF INDIANA    )    IN THE MARION SUPERIOR COURT
)SS:
COUNTY OF MARION    )    CAUSE NO. 49D02-2412-MI-056319

LARRY FISHER, and    )
R & K EXTERIORS, LLC    )

    Plaintiffs,    )
    )
    v.    )
    )
    )
MEIJER, INC., TREVOR LEONARD    )
CITY OF FT. WAYNE INDIANA    )
OFFICER ZIMMERMAN    )
    )

## SUMMONS

TO: Defendant Meijer, Inc. CT CORPORATION SYSTEM, 334 North Senate Avenue, Indianapolis, IN 46204.

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same

transaction  or  occurrence,  you  must  assert it in your written answer.

Dated_____12/13/2024_____

*Katherine Sweeney Bell* (Seal)



Clerk, Marion, Indiana Courts

**The following manner of service of summons is hereby designated: Certified Mail.**

/s/ Mark Waterfill
Mark R. Waterfill, Atty. No.
10935-49
2230 Stafford, STE 115, PMB 379
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint served upon the Defendant, on the _____ day of _____, 202_.

/s/ Mark Waterfill

Filed: 1/10/2025 11:53 AM
Clerk
Marion County, Indiana

**STATE OF INDIANA**    )      **IN THE MARION SUPERIOR COURT**

)SS:

**COUNTY OF MARION**    )      **CAUSE NO. 49D02-2412-MI-056319**

**LARRY FISHER, and**        )
**R & K EXTERIORS, LLC**      )

      **Plaintiffs,**      )
                  )
    **v.**               )
                  )
                  )
**MEIJER, INC., TREVOR LEONARD**  )
**CITY OF FT. WAYNE INDIANA**    )
**OFFICER ZIMMERMAN**      )
                  )

<u>**SUMMONS**</u>

TO: Defendant City of Ft. Wayne, Indiana, Citizens Square

200 East Berry St., Suite 425, Fort Wayne, IN 46802.

You are hereby notified that you have been sued by the person named as

plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same

transaction or occurrence, you must assert it in your written answer.

Dated___1/10/2025_____

*Katherine Sweeney Bell* ___(Seal)



Clerk, Marion, Indiana Courts

**The following manner of service of summons is hereby designated: Certified Mail.**

*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No.
10935-49
6425 E. Co. Rd. 600 S.
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint served upon the Defendant, on the _____ day of _____, 202_.

*/s/ Mark Waterfill*

STATE OF INDIANA          )        IN THE MARION SUPERIOR COURT
                          )SS:
COUNTY OF MARION          )        CAUSE NO. 49D02-2412-MI-056319

LARRY FISHER, and                     )
R & K EXTERIORS, LLC                  )

      Plaintiffs,                    )
                                      )
   v.                                )
                                      )
                                      )
MEIJER, INC., TREVOR LEONARD          )
CITY OF FT. WAYNE INDIANA             )
OFFICER ZIMMERMAN                     )
                                      )

## SUMMONS

TO: Defendant Officer Zimmerman, City of Ft. Wayne, Indiana, Citizens Square

200 East Berry St., Suite 425, Fort Wayne, IN 46802.


    You are hereby notified that you have been sued by the person named as

plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated 1/10/2025



_Katherine Sweeney Bell_ (Seal)

Clerk, Marion, Indiana Courts

**The following manner of service of summons is hereby designated: Certified Mail.**

*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
6425 E. Co. Rd. 600 S.
Plainfield, IN 46168
(317) 501-6060
mark@waterfilllaw.com

### *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint served upon the Defendant, on the _____ day of _____, 202_.

*/s/ Mark Waterfill*

STATE OF INDIANA    )              IN THE MARION SUPERIOR COURT
                   ) SS:
COUNTY OF MARION    )              CAUSE NO. 49D02-2412-MI-056319

| | |
|---|---|
| LARRY FISHER, and R & K EXTERIORS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MEIJER, INC., TREVOR LEONARD, CITY OF FT. WAYNE INDIANA, OFFICER ZIMMERMAN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The part on whose behalf this form is being filed is:
   Initiating _____        Responding   X        Intervening _____; and
   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties for the limited purpose of removing the matter to federal court at which time alternative counsel will appear on behalf of Piere's Entertainment Acquisition.

   Name of party <u>City of Fort Wayne & Officer Zimmerman</u>
   Address of party *(see Question #5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   Telephone # of party _____
   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>Rachel J. Guin</u>        Atty. Number: <u>31722-02</u>
   Address: <u>505 E. Washington Blvd.</u>
           <u>Fort Wayne, IN 46802</u>
   Phone: <u>(260) 422-9454</u>        FAX: <u>(260) 422-1622</u>
   Email Address: <u>rguin@rothberg.com</u>

   Name: <u>Michelle K. Floyd</u>        Atty. Number: <u>29249-02</u>
   Address: <u>505 E. Washington Blvd.</u>
           <u>Fort Wayne, IN 46802</u>
   Phone: <u>(260) 422-9454</u>        FAX: <u>(260) 422-1622</u>
   Email Address: <u>mfloyd@rothberg.com</u>

**IMPORTANT:**  Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as to the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understand that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a _____MI_____ case type as defined in Administrative Rule 8(B)(3).

4. This case involves child support issues.  Yes _____  No __X_____ *(If yes, supply social security numbers for all family members on a separately attached document filed as a confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order.  Yes . No __X_____ *(If yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

    _____  Attorney's address

    _____  The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or email address is **confidential@atg.state.in.us**).

    _____  Another address (provide)

    _____

    This case involves a petition for involuntary commitment.  Yes _____  No __X_____

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

        (i) Date of Birth _____

        (ii) Driver's License Number _____
        State where issued _____    Expiration date _____

        (iii) State ID number _____
        State where issued _____    Expiration date _____

        (iv) FBI number _____

        (v) Indiana Department of Corrections Number _____

        (vi) Social Security Number is available and is being provided in an attached confidential document   Yes _____  No _____

7. There are related cases:  Yes _____  No __X_____ *(If yes, list on continuation page.)*

8. Additional information required by local rule: _____

Page 2 of 3

9.  There are other party members:  Yes _____ No __X____ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
    Yes __X____ No _____

*/s/ Rachel J. Guin*
Rachel J. Guin
(Attorney information shown above)

## CERTIFICATE OF SERVICE

I certify that on January 10, 2025, I electronically filed the foregoing document using the Indiana E-Filing System.

I certify that on January 10, 2025, the foregoing document was served electronically upon the following person via the Indiana E-Filing System:

Mark R. Waterfill                         Meijer, Inc.
2230 Stafford, Ste. 115, PMB 379          c/o CT Corporation System
Plainfield, IN 46168                      334 North Senate Avenue
mark@waterfilllaw.com                     Indianapolis, IN 46204

I also certify that a true and correct copy of the foregoing document was deposited in the U.S. Mail, First Class, postage pre-paid on January 10, 2025, addressed to:

Trevor Leonard                            Pamela A. Paige
11631 Westwind Dr.                        Plunkett Cooney, P.C.
Fort Wayne, IN 46845-1333                 300 N. Meridian Street, Suite 1250
                                          Indianapolis, IN 46204
                                          ppaige@plunkettcooney.com
                                          *Counsel for Meijer, Inc. and Trevor Leonard*

*/s/ Rachel J. Guin*
Rachel J. Guin

Page 3 of 3

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Larry Fisher v. Meijer, Inc., Trevor Leonard, City of Ft. Wayne Indianaet al

| Case Number | 49D02-2412-MI-056319 |
|---|---|
| Court | Marion Superior Court 2 |
| Type | MI - Miscellaneous Civil |
| Filed | 12/12/2024 |
| Status | 12/12/2024 , Pending  (active) |

## Parties to the Case

Defendant   Meijer, Inc.

Defendant   Leonard, Trevor

Defendant   City of Ft. Wayne Indiana

Defendant   Zimmerman, Officer

Plaintiff       Fisher, Larry

> Attorney
> Mark R Waterfill
> *#1093549, Retained*
>
> 2330 Stafford Road
> STE 115 PBM 379
> Plainfield, IN 46168
> 317-501-6060(W)

## Chronological Case Summary

**12/12/2024   Case Opened as a New Filing**

**12/12/2024         Complaint/Equivalent Pleading Filed**
Complaint and Jury Demand

| Filed By: | Fisher, Larry |
|---|---|
| File Stamp: | 12/12/2024 |

**12/13/2024         Subpoena/Summons Filed**
Proposed Summons

| Filed By: | Fisher, Larry |
|---|---|
| File Stamp: | 12/12/2024 |

**01/10/2025         Subpoena/Summons Filed**
Plaintiff's Proposed Summons Ft. Wayne

| Filed By: | Fisher, Larry |
|---|---|
| File Stamp: | 01/10/2025 |

01/10/2025        **Subpoena/Summons Filed**

Plaintiff's Proposed Summons Leonard

| | |
|---|---|
| Filed By: | Fisher, Larry |
| File Stamp: | 01/10/2025 |

01/10/2025        **Subpoena/Summons Filed**

Plaintiff's Proposed Summons Zimmerman

| | |
|---|---|
| Filed By: | Fisher, Larry |
| File Stamp: | 01/10/2025 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Fisher, Larry

Plaintiff

Balance Due (as of 01/10/2025)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/12/2024 | Transaction Assessment | 157.00 |
| 12/12/2024 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.